**FILED**
Nov 12, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.       CR NO: 1:20-CR-00163-NONE-SKO

**STEVEN RAY MARTIN**

    Defendant.

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | STEVEN RAY MARTIN | |
| Detained at | Lerdo Pre-Trial Facility | |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint | |
| | charging detainee with: 18 USC 2115, 1702, 1704, and 1708 | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary by FRIDAY, NOVEMBER 20, 2020, a 2:00 p.m.*

| | |
|---|---|
| Signature: | /s/ Joseph Barton |
| Printed Name & Phone No: | Joseph Barton, 559-892-8490 |
| Attorney of Record for: | United States |

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Nov 10, 2020**

/s/ Erica P. Grosjean
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | Inmate # SO2246375 | DOB: | 04/14/1981 |
| Facility Address: | 17695 Industrial Farm Rd., Bakersfield, CA 93308 | Race: | Caucasian |
| Facility Phone: | (661) 391-7900 | FBI#: | 691118KB3 |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____  _____
                                                       (signature)