IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
Dec 08, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**STEVEN RAY MARTIN**

    Defendant.

CASE NO: 1:20-CR-00163-NONE-SKO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: STEVEN RAY MARTIN
Detained at: Wasco State Prison
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
        charging detainee with: 18 USC 2115, 1702, 1704, and 1708
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary by WEDNESDAY, DECEMBER 23, 2020, AT 2:00 P.M.*

Signature: /s/ Joseph Barton
Printed Name & Phone No: Joseph Barton, 559-892-8490
Attorney of Record for: United States

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Dec 7, 2020**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: CDCR No. BM4808
Facility Address: 701 Scofield Avenue, Wasco, CA 93280
Facility Phone: (661) 758-8400
Currently

☒ Male ☐ Female
DOB: 04/14/1981
Race: Caucasian
FBI#: 691118KB3

## RETURN OF SERVICE

Executed on: _____ _____
                            (signature)