PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN RAY MARTIN, <br><br> Defendant. | CASE NO. 1:20-CR-00163-NONE-SKO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> DATE: March 17, 2021 <br> TIME: 1:00 p.m. <br> COURT: Hon. Sheila K. Oberto |

   IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that the Status Conference scheduled for March 17, 2021, may be continued until May 19, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto. The United States produced a small set of initial discovery to defense counsel on January 15, 2021, and the Parties filed a protective order on March 4, 2021, that allows the United States to produce the remaining discovery. The United States plans to produce the remaining discovery by next week. Defense counsel also has further investigation to perform in the case. The parties agree that time under the Speedy Trial Act shall be excluded through May 19, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

   ///

   ///

STIPULATION AND ORDER

1

IT IS SO STIPULATED.

Dated:  March 8, 2021						Phillip A. Talbert
								Acting United States Attorney

								*/s/ JOSEPH D. BARTON*
								JOSEPH D. BARTON
								Assistant United States Attorney

Dated:  March 8, 2021						*/s/ Christina Corcoran*
								CHRISTINA CORCORAN
								Counsel for Defendant Steven Martin

## ORDER

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for March 17, 2021, is continued until May 19, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through May 19, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **March 9, 2021**			              /s/ *Sheila K. Oberto*
								UNITED STATES MAGISTRATE JUDGE