| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHRISTINA M. CORCORAN, CA Bar #344683 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorneys  for Defendant
STEVEN RAY MARTIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00163-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING RE: VIOLATION PETITION; ORDER |
| v. | DATE: October 28, 2024 |
| STEVEN RAY MARTIN, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

This case is set for sentencing regarding the violation petition on August 19, 2024.  Defendant now moves to continue the sentencing hearing until October 28, 2024 for the purposes of defense investigation and preparation.  No exclusion of time is necessary as this matter concerns a supervised release violation petition.

IT IS SO STIPULATED.

STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING

1

| | |
|---|---|
| Dated: August 14, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Joseph Barton*<br>Joseph Barton<br>Assistant United States Attorney<br><br>HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: August 14, 2024 | */s/ Christina Corcoran*<br>Christina Corcoran<br>Counsel for Defendant<br>STEVEN RAY MARTIN |

**ORDER**

IT IS SO ORDERED.

Dated: **August 14, 2024**

                                           UNITED STATES DISTRICT JUDGE