HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVEN RAY MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN RAY MARTIN,<br><br>Defendant. | Case No. 1:20-cr-00163-JLT-SKO<br><br>**ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

IT IS HEREBY ORDERED that defendant Steven Ray Martin (USMS No. 24956-509) shall be released from the Central Valley Annex to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Thursday, October 31, 2024, at 8:30 a.m.  Mr. Mitchel will then transport Mr. Martin directly to the Salvation Army Adult Rehabilitation Center, in Fresno, California, for admission into the program.

IT IS SO ORDERED.

Dated:   **October 28, 2024**

_____
UNITED STATES DISTRICT JUDGE